# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Thomas  Foster  Dority aka Thomas F. Dority aka Thomas Dority<br>Debtor | 16-15170 MDC<br><br>Chapter 13 Proceeding |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, C/O SETERUS, INC.<br>Movant<br>v.<br>Thomas  Foster  Dority aka Thomas F. Dority aka Thomas Dority<br>Tracey W. Dority (CoDebtor)<br><br>And<br><br>William C. Miller, Esquire<br>Respondents | |

## ADEQUATE PROTECTION ORDER REGARDING PROPERTY AT 1116 PAWLINGS ROAD, AUDUBON, PA 19403-2238

THIS MATTER having been moved before the Court by Powers, Kirn & Associates LLC (Jill Manuel-Coughlin, Esquire appearing), attorneys for Federal National Mortgage Association ("Fannie Mae") c/o Seterus, Inc., on its Motion for an Order Vacating the Automatic Stay, with opposition filed by William D. Schroeder, Jr., as attorney for the Debtor, and after oral arguments being heard by the Court.

AND NOW, this         day of                  , 2017, it is hereby ORDERED AS FOLLOWS:

1. The Motion for relief from the automatic stay filed by Federal National Mortgage Association c/o Seterus, Inc. regarding the Debtor's property located at 1116 Pawlings Road, Audubon, Pennsylvania, 19404-2238 is hereby denied without prejudice.

2. The Chapter 13 Trustee shall disburse immediately and by no later than 10 days after entry of this Order the sum of $7,500.00 payable to Federal National Mortgage Association c/o Seterus, Inc., with payment to be sent to Seterus Inc., P.O. Box 1047, Hartford, CT 06143 and reference the borrower, property address and last 4 digits of this account #5606.

3. Commencing March 1, 2017 and on the first day of each month thereafter, the Chapter 13 Trustee shall disburse the sum of $1,250.00 to Federal National Mortgage Association c/o Seterus, Inc., with payment to be sent to Seterus Inc., P.O. Box 1047, Hartford, CT 06143 and reference the borrower, property address and last 4 digits of this account #5606.  This monthly payment shall continue until such time as confirmation of a Chapter 13 plan has been completed.

4. Debtor shall file an amended chapter 13 plan by March 31, 2017.

5. In the event that the Debtor fails to comply with the terms of this Order, or defaults on his payments with the Chapter 13 Trustee, Federal National Mortgage Association c/o Seterus, Inc. may file a praecipe to relist the Motion for Relief.

BY THE COURT:

_____
United States Bankruptcy Judge
Magdeline D. Coleman

Interested Parties:
Jill Manuel-Coughlin
Attorney for Movant
13-1456

William D. Schroeder, Jr., Esquire
Attorney for Debtor

Thomas Foster Dority
Debtor

Tracey W. Dority
CoDebtor

William C. Miller, Esquire
Trustee